**REHEARING ACTION: July 13, 2011**

**Docket Number: 11   00059-WCA**

**EDWARD L. WILLIAMS, SR.**
**VERSUS**
**PILGRIM'S PRIDE CORPORATION**

**Appealed from Office of Workers' Compensation - # 2 Case No. 08-21588**

**BEFORE JUDGES:**

  **Hon. John D. Saunders**
  **Hon. Oswald A. Decuir**
  **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Pilgrim's Pride Corporation** has this day been

   **DENIED.**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Edward L. Williams, Sr.** has this day been

   **DENIED.**

cc: George Arthur Flournoy, Counsel for the Appellee
    Maurice Blake Monrose, Counsel for the Appellant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**